■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK WILLIAMS, Appellant. [765 NYS2d 629] —Judgment, Supreme Court, New York County (Bruce Allen, J., at suppression hearing; William Leibovitz, J., at plea and sentence), rendered March 17, 2000, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the second degree, and sentencing him to a term of 5½ years to life, unanimously reversed, on the law, defendant's conviction vacated, his suppression motion granted, and the matter remanded for further proceedings.

Since he was arrested as the result of a suspicionless stop of the livery cab in which he was a passenger at a police roadblock similar to the one found unconstitutional in *People v Jackson* (99 NY2d 125 [2002]), defendant's motion to suppress the fruits of that search should have been granted. We find that this issue was sufficiently preserved. Concur—Nardelli, J.P., Tom, Andrias, Sullivan and Friedman, JJ.